UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN INGRAM,

    Plaintiff,

    v.

PACIFIC GAS AND ELECTRIC COMPANY, et al.,

    Defendants.

    _____/

No. C 12-2777 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiff's motion to quash subpoenas to custodians of records for third parties, and for resolution of any further discovery disputes. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

The parties shall contact the courtroom clerk of the assigned Magistrate Judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

**IT IS SO ORDERED.**

Dated: September 28, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record