UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN INGRAM,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, et al.,<br><br>    Defendants. | Case No. 12-cv-02777-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF No. 109 |

Before the Court is Plaintiff's Motion for Summary Judgment of Affirmative Defenses. ECF No. 109. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for November 7, 2013, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: October 31, 2013

_____
JON S. TIGAR
United States District Judge