1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  REBECCA K. KIMURA (State Bar No. 220420)
   100 Spear Street, Suite 600
3  San Francisco, California 94105
   Telephone:   (415) 357-4600
4  Facsimile:   (415) 357-4605

5  Attorneys for Defendants
   PACIFIC GAS AND ELECTRIC COMPANY and
6  PG&E CORPORATION

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 STEVEN INGRAM,                          Case No.  CV 12 2777 JST

12              Plaintiff,                  **STIPULATION AND REQUEST TO
                                            CONTINUE DEADLINE REGARDING
13 vs.                                      DISCOVERY DISPUTES; [PROPOSED]
                                            ORDER**
14 PACIFIC GAS AND ELECTRIC
   COMPANY; PG&E CORPORATION and
15 DOES 1 through 20, inclusive,            Complaint Filed: May 21, 2012

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND REQUEST TO CONTINUE DEADLINE REGARDING DISCOVERY DISPUTES;
[PROPOSED] ORDER (Case No.  CV 12-2777-JST)

**STIPULATION AND REQUEST**

Plaintiff Steven Ingram ("Plaintiff") and Defendants Pacific Gas and Electric Company and PG&E Corporation ("Defendants") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS on April 28, 2014, the Court issued an Amended Order Deferring Summary Judgment Proceedings (Dkt. No. 150) (the "Order");

WHEREAS paragraph 2 of the Order requires the Parties to meet and confer and propose a special master for appointment by May 12, 2014;

WHEREAS paragraph 4 of the Order requires the Parties to file any other extant discovery disputes by May 12, 2014, to be addressed by Judge Spero; and

WHEREAS the Parties are continuing to meet and confer regarding all outstanding discovery disputes but need additional time to meet the deadlines set forth above;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the Parties through their respective attorneys of record that the deadline to propose a special master for appointment and the deadline to file any other extant discovery disputes be extended by three days to May 15, 2014.


DATED:  May 12, 2014                    SMITH PATTEN


                                        _/s/ Spencer F. Smith_
                                        SPENCER F. SMITH
                                        Attorneys for Plaintiff
                                        STEVEN INGRAM



DATED:  May 12, 2014                    LAFAYETTE & KUMAGAI LLP


                                        _/s/ Rebecca K. Kimura_
                                        REBECCA K. KIMURA
                                        Attorneys for Defendants
                                        PACIFIC GAS AND ELECTRIC COMPANY and
                                        PG&E CORPORATION

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

<div style="text-align:left; font-weight:bold;">

**LAFAYETTE & KUMAGAI LLP**
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

</div>

1

**SIGNATURE ATTESTATION**

2      I hereby attest that I have obtained the concurrence of Spencer F. Smith, counsel for

3 Plaintiff, for the filing of this stipulation.

4

5                          /s/ Rebecca K. Kimura
                         REBECCA K. KIMURA

6

7      Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby

8 ORDERED that the deadline to propose a special master for appointment and the deadline to file

9 any other extant discovery disputes be extended by three days to May 15, 2014.

10 PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12 DATED:  May 13, 2014

13                          _____
                         JON S. TIGAR
14                         United States District Court

