LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
REBECCA K. KIMURA (State Bar No. 220420)
101 Mission Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY and
PG&E CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN INGRAM,<br><br>            Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY; PG&E CORPORATION and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. CV 12 2777 JST<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Complaint filed: May 21, 2012 |

## STIPULATION AND REQUEST

Plaintiff Steven Ingram ("Plaintiff") and Defendants Pacific Gas and Electric Company and PG&E Corporation ("Defendants") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS on August 29, 2014, the Court issued an order setting a Case Management Conference for September 24, 2014 and requiring the parties to file a Joint Case Management Statement by September 10, 2014; and

WHEREAS lead trial counsel for Defendants, Gary T. Lafayette, is unavailable to attend the Case Management Conference on September 24, 2014 as he will be out of state from September 22-25, 2014 on a business trip that has been planned for over six months;

NOW, THEREFORE, DEFENDANTS HEREBY REQUEST AND PLAINTIFF DOES NOT OPPOSE that the Case Management Conference be continued by one week to October 1, 2014 at 2:00 p.m. and that the deadline to file a Joint Case Management Statement be continued by one week to September 17, 2014.

DATED: September 4, 2014            SMITH PATTEN

                                    */s/ Dow W. Patten*
                                    DOW W. PATTEN
                                    Attorneys for Plaintiff
                                    STEVEN INGRAM

DATED: September 4, 2014            LAFAYETTE & KUMAGAI LLP

                                    */s/ Gary T. Lafayette*
                                    GARY T. LAFAYETTE
                                    Attorney for Defendants
                                    PACIFIC GAS AND ELECTRIC COMPANY and
                                    PG&E CORPORATION

## SIGNATURE ATTESTATION

I hereby attest that I have obtained the permission of Dow W. Patten, counsel for Plaintiff, for the filing of this stipulation.

                                    */s/ Gary T. Lafayette*
                                    GARY T. LAFAYETTE

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

**<u>ORDER</u>**

Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby ORDERED that the Case Management Conference be continued to October 1, 2014 at 2:00 p.m. and that the deadline to file a Joint Case Management Statement be continued to September 17, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 4, 2014



_____
JON S. TIGAR
United States District Judge

STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER
Case No. CV 12 2777 JST

3