LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
REBECCA K. KIMURA (State Bar No. 220420)
101 Mission Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY and
PG&E CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| STEVEN INGRAM, | Case No. CV 12 2777 JST (JCS) |
|---|---|
| Plaintiff, | **REQUEST TO CONTINUE MEET AND CONFER ON JOINT DISCOVERY LETTER; [PROPOSED] ORDER** |
| vs. | |
| PACIFIC GAS AND ELECTRIC COMPANY; PG&E CORPORATION and DOES 1 through 20, inclusive, | |
| Defendants. | Complaint filed: May 21, 2012 |

## **REQUEST**

Defendants Pacific Gas and Electric Company and PG&E Corporation ("Defendants") hereby submit the following request to continue the meet and confer ordered for October 9, 2014, as follows:

WHEREAS on October 7, 2014, the Court issued an order requiring lead trial counsel for the parties to meet and confer in person at 450 Golden Gate Avenue, Courtroom G, 15th Floor, San Francisco, CA, on October 9, 2014 (Dkt No. 171);

WHEREAS lead trial counsel for Defendants, Gary T. Lafayette, will be out of town and unavailable to attend the meet and confer on October 9, 2014;

WHEREAS Defendants attempted to obtain a stipulation from Plaintiff to continue the meeting to a mutually convenient date, October 15, 2014, but Plaintiff was unwilling to do so;

1  NOW, THEREFORE, DEFENDANTS HEREBY REQUEST that the meet and confer session ordered by the Court be continued to October 15, 2014 at 9:30 a.m.

DATED: October 7, 2014                LAFAYETTE & KUMAGAI LLP

 */s/ Rebecca K. Kimura*
REBECCA K. KIMURA
Attorney for Defendants
PACIFIC GAS AND ELECTRIC COMPANY and
PG&E CORPORATION

## **ORDER**

It is hereby ORDERED that lead trial counsel for all parties are to meet and confer, in person, at 450 Golden Gate Avenue, Courtroom G, 15th Floor, San Francisco, CA, on October 15 - JCS ~~16~~, 2014, at 9:30 A.M.  Lead trial counsel is instructed to bring all documents and materials necessary to produce a Joint Letter that complies with Orders of this Court.

IT IS SO ORDERED.AS MODIFIED.

DATED:   October 8   , 2014        /s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge